cumstances in the case relating to plaintiff's damages'' to such as were proven by a preponderance of the evidence or reasonably inferable therefrom. This objection was not well taken since the last paragraph of such instruction states that the jury could only award such damages as were proven by a preponderance of the evidence. It is not necessary that this requirement be constantly repeated if it is clearly stated in the instruction (*Rock Island & P. R. Co. v. Leisy Brewing Co.,* 174 Ill. 547). It is also noted that in another instruction given on behalf of the defendants the jury was told specifically what damages could be allowed plaintiff and how such damages could be proved, and in considering all the instructions as a series, when defendants' instruction and plaintiff's instructions are considered together, it is apparent that the jury was properly instructed as to the measure of damages and the manner in which the damages must be proven to entitle plaintiff to recover therefor (*Kavanaugh v. Parret, supra; Grimm v. Chicago & Northwestern Ry. Co.,* 331 Ill. App. 601, 607).

On a review of the entire record in this cause we find no reversible error, and the judgment of the circuit court of St. Clair county will, therefore, be affirmed.

*Judgment affirmed.*

BARDENS, P. J., and SCHEINEMAN, J., concur.

A. Jules Milten, Appellee, v. Mildred J. Rapaport, Appellant.

Gen. No. 44,737.

Manuel J. Robbins and Bernard B. Shinderman, for appellant; Sidney J. and Arthur Wolf, for appellee; Sidney J. Wolf, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed January 19, 1950; released for publication February 21, 1950.

## Elsie Pokorney, Appellee, v. William Pokorney, Appellant.

**Gen. No. 44,871.**

Maurice S. Weinzelbaum and Nathan M. Gomberg, for appellant; Irving S. Abrams, of counsel; Harold A. Pinckert, for appellee; G. A. Bosomburg, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed January 19, 1950; rehearing denied February 8, 1950; released for publication February 21, 1950.